UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CHARLES CLARK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FIDEL GUTIERREZ, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01386-AWI-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S NOTICE OF FUTURE CHANGE OF ADDRESS<br><br>(ECF No. 16) |

　　　Christopher Charles Clark ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983, which includes state law claims.

　　　On July 8, 2022, Plaintiff filed a notice of change of address. (ECF No. 16). Plaintiff states that he needs surgery, and that he will be transferred to California Medical Facility in Vacaville by August 15, 2022. Plaintiff also states that the individual helping him with this case was transferred, that he is not sure how to proceed with discovery, and that he is not sure if he should get a lawyer. Plaintiff asks the Court to let him know how to proceed.

　　　As Plaintiff has not yet been transferred, the Court will not update Plaintiff's address on the Court's docket at this time. Once Plaintiff arrives at California Medical Facility, he should promptly file a notice of change of address.

\\\

\\\

1

Additionally, as the Court cannot provide Plaintiff with legal advice, the Court cannot tell Plaintiff how he should proceed with this case. Plaintiff is always welcome to seek counsel, but he can also proceed without counsel.

As to the status of this case, Plaintiff does not have any pending deadlines at this time. On June 3, 2022, the Court issued findings and recommendations, recommending that "[t]his case proceed on Plaintiff's Eighth Amendment claims against defendants Garza, Carolina, Espitia, Aguilar, Oehlert, Niztescu, Jane Doe (a TTA), and Rizk for deliberate indifference to his serious medical needs; Plaintiff's California Government Code § 845.6 claim against defendants Garza, Carolina, Espitia, Aguilar, Oehlert, and Niztescu; Plaintiff's negligence claim against defendants Shirley, White, Cronjager, Thomas, Gutierrez, Doe 1 (a contractor supervisor), and Doe 2 (a contractor); and Plaintiff's medical negligence claim against defendants Jane Doe (a TTA) and Rizk." (ECF No. 15, p. 22). The Court also recommended that all other claims be dismissed. (Id.). Plaintiff's deadline to object has expired. If District Judge Anthony W. Ishii adopts the Court's findings and recommendations, the Court will authorize service of process on the above-listed defendants. Discovery has not begun and will not until the complaint has been served on any remaining defendants.

IT IS SO ORDERED.

Dated: **July 14, 2022**              /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE

2