UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CHARLES CLARK,<br><br>Plaintiff,<br><br>v.<br><br>FIDEL GUTIERREZ, et al.,<br><br>Defendants. | No. 1:21-cv-01386-AWI-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 13, 15) |

  Christopher Charles Clark ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983, which includes state law claims. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On June 3, 2022, the assigned magistrate judge entered screening findings and recommendations, recommending that "[t]his case proceed on Plaintiff's Eighth Amendment claims against defendants Garza, Carolina, Espitia, Aguilar, Oehlert, Niztescu, Jane Doe (a TTA), and Rizk for deliberate indifference to his serious medical needs; Plaintiff's California Government Code § 845.6 claim against defendants Garza, Carolina, Espitia, Aguilar, Oehlert, and Niztescu; Plaintiff's negligence claim against defendants Shirley, White, Cronjager, Thomas, Gutierrez, Doe 1 (a contractor supervisor), and Doe 2 (a contractor); and Plaintiff's medical negligence claim against defendants Jane Doe (a TTA) and Rizk." (ECF No. 15 at 22). The assigned magistrate judge also recommended that "[a]ll other claims be dismissed." (Id.).

  Plaintiff was provided an opportunity to file objections to the findings and

recommendations. The deadline for filing objections has passed and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued on June 3, 2022, (ECF No. 15), are adopted in full;

2. This case proceed on Plaintiff's Eighth Amendment claims against defendants Garza, Carolina, Espitia, Aguilar, Oehlert, Niztescu, Jane Doe (a TTA), and Rizk for deliberate indifference to his serious medical needs; Plaintiff's California Government Code § 845.6 claim against defendants Garza, Carolina, Espitia, Aguilar, Oehlert, and Niztescu; Plaintiff's negligence claim against defendants Shirley, White, Cronjager, Thomas, Gutierrez, Doe 1 (a contractor supervisor), and Doe 2 (a contractor); and Plaintiff's medical negligence claim against defendants Jane Doe (a TTA) and Rizk;

3. All other claims are dismissed; and

4. The Clerk of Court is directed to reflect the dismissal of defendant Sutton on the Court's docket, and to add defendants Garza, Carolina, Espitia, Aguilar, Oehlert, Niztescu, Jane Doe (a TTA), Rizk, Shirley, Thomas, Doe 1 (a contractor supervisor), and Doe 2 (a contractor).

IT IS SO ORDERED.

Dated:   September 8, 2022                                  _____
                                                                               SENIOR DISTRICT JUDGE