1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9

10    CHRISTOPHER CHARLES CLARK,              Case No. 1:21-cv-01386-AWI-EPG (PC)

11           Plaintiff,
                                              ORDER RE: PLAINTIFF'S FILING DATED
12       v.                                   SEPTEMBER 8, 2022

13    FIDEL GUTIERREZ, et al.,                (ECF No. 24)

14           Defendants.

15

16       Christopher Charles Clark ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma*

17    *pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983, which includes state law

18    claims.

19       On October 20, 2022, Plaintiff filed a document dated September 8, 2022.  (ECF No. 24).

20    Plaintiff states that he has moved, and so he has no way of identifying the two John Doe

21    defendants.  Plaintiff states that his twenty-eight-year-old son recently died, and Plaintiff will be

22    going home in the next 6 to 9 months.  Plaintiff asks the Court to move the case along without the

23    two John Doe defendants.

24       The Court offers its condolences to Plaintiff on the loss of his son.

25       As to Plaintiff's request, it will be denied, without prejudice, because this case is already

26    proceeding.  On October 11, 2022, the California Department of Corrections and Rehabilitation

27    filed a notice of intent to waive service on behalf of the named defendants, and the waiver of

28    service is due within thirty days of October 11, 2022.  (ECF Nos. 19 & 24).  As to the identity of

the unnamed defendants, the Court will, in due course, open discovery, which will allow Plaintiff to seek records or other information to identify these defendants.

If Plaintiff wants to dismiss John Doe defendants, Plaintiff may file a notice or stipulation of voluntarily dismissal pursuant to Federal Rule of Civil Procedure 41(a).  If Plaintiff files such a notice or stipulation, Plaintiff should identify with specify the defendants he is voluntarily dismissing.

Based on the foregoing, IT IS ORDERED that Plaintiff's request to move the case along without the two John Doe defendants is DENIED, without prejudice.

IT IS SO ORDERED.

Dated:    **October 24, 2022**                    /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE

2