UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CHARLES CLARK,<br><br>                              Plaintiff,<br><br>     v.<br><br>FIDEL GUTIERREZ, et al.,<br><br>                              Defendants. | Case No. 1:21-cv-01386-AWI-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF RE: EXTENSION OF TIME TO FILE RESPONSIVE PLEADING AND MOTION TO OPT OUT OF SETTLEMENT CONFERENCE<br><br>(ECF No. 28) |

On November 29, 2022, Defendants filed a motion "for a ninety-day extension of time to file a responsive pleading and a ninety-day extension of time to opt out of a settlement conference." (ECF No. 28, p. 2). Defense counsel states that he needs the extension because the Correctional Law Section of the Office of the Attorney General is currently understaffed. (Id. at 3). While the Correctional Law Section has been working to address the issue, "Deputy Attorneys General currently handling Correctional Law Section cases are operating at their maximum capacity and will be unable to complete all appropriate casework if additional cases are assigned to them." (Id.).

The Court finds good cause to grant the motion.

Accordingly, IT IS HEREBY ORDERED that:

   1. Defendants have until March 10, 2023, to file their responsive pleading.

   2. The assigned Deputy Attorney General has until March 29, 2023, to either: (1) file a

1

notice stating that Defendants opt out of the settlement conference; or (2) contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule the settlement conference.

IT IS SO ORDERED.

Dated:  **November 30, 2022**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE